

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Tenet Hospitals, Ltd., a Texas Limited Partnership, d/b/a Providence Memorial Hospital, | § | No. 08-14-00087-CV |
| | § | Appeal from the |
| Appellant's, | § | 327th Judicial District Court |
| v. | § | of El Paso, Texas |
| Esperanza Narah Garcia, Individually ET AL. | § | (TC# 2013-DCV-2809) |
| | § | |
| Appellee's, | | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until

**July 31, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Hadley A. Huchton, the Appellee's Attorney, prepare

the Appellee's brief and forward the same to this Court on or before July 31, 2014.

IT IS SO ORDERED this 2nd day of July, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.